IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3061 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MARCO A. MINJARES, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for a thirty-day trial continuance, (filing no. 15), because the parties are still negotiating a potential plea and the terms of any plea agreement, and because the defendant has a related supervised release violation which may impact this case. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 15), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on September 27, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 27, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

August 20, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge